IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES RAY, et al.,                        Case No. 3:16-cv-364

         Plaintiff,          :

                                        District Judge Walter Herbert Rice
vs                                             Magistrate Judge Michael R. Merz

CALIBER HOME LOANS, INC., et al.,

         Defendant.          :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

       The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 28), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       Accordingly, ORDERED that Plaintiffs' claims against Caliber Home Loans, Inc. are DISMISSED without prejudice for failure to state a claim upon which relief can be granted.

November 18, 2016.

                                                     Walter Herbert Rice
                                                     United States District Judge